786 S.E.2d 132

**In the Matter of Edwin Donald GIVENS, Petitioner.**

**Appellate Case No. 2015–000794.**

Supreme Court of South Carolina.

May 18, 2016.

# ORDER

The Court grants petitioner's Petition for Reinstatement.

s/Costa M. Pleicones, C.J.

s/Donald W. Beatty, J.

s/John W. Kittredge, J.

s/Kaye G. Hearn, J.

s/John Cannon Few, J.